UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                          4:14CR00032 JMM

FREDERICK J. PETERSON

## ORDER

Pending is the Government's Motion to Dismiss the Information against Defendant Frederick J. Peterson. For good cause shown the Motion to Dismiss the Information (Docket #3) is GRANTED. The information is dismissed.

IT IS SO ORDERED this 27th day of February, 2014.

_____
James M. Moody
United States District Judge